

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

Mrs. Inea Miller and William Miller

Planitiffs'

Civil Action No 2:23-cv-00330

WV Department Health
Human Resources
Char WV

Defendent

complaint For relief punitive damages

I Inea miller of Charleston pursuant to Rule 57 of Federal Rules of civil procedure

1.

the Americans with Disabilities Act, 42
18 U.S.C. § 247 Religious Property, Being a missionary Christian church teacher, my body is Body of Christ, Woman of faith
18 U.S.C. § 242 Deprivation of Rights, 18 U.S.C. 241 conspiracy against Rights
18 U.S.C. § 249 The Matthew Shepard and James Byrd Hate crime prevention Act (from wrong access years and medical injuries causing a systematic error to harm by Error to start with.

p.1

Systematic causes year after year more wrong care leading to $43.4 FGM. This by systematic error from hate crime to marriage.

1.3.2 Power breach of trust/confidentiality damage to therapuete relation. Being the veil of secrecy connected with unethically observer to authorities. This being unethical
1.4 not Jutified 48 27-202

Ethic's rules - to not be the cause of harm

Marketing Affordable Care Act (ACA) women's preventive services for harming non wanted procedures without face to face truth. Not needed procedures Religous of Freedom Restoration Act 42 U.S.C.

As a Christian woman services given to me is against my religion rights Failure to me standard of care as a Christian woman

Procedures, during order's for Science clinicals.(No) Non consent and no inform many procedures marketing. illiegal body countouring changing my body. Doing procedures to purposely alter my woman body beauty. This is a harm to my life and is not what I want deforming my natural beauty from God. Then places are asking me if I'm sucidal. They are purposely placing tormet torture to me. Sewing me to hurt by this using sevice's surgery procedures and doing harm to force capilization mental harm. Actually enterfering in my training, volunteering and career success. By marketing me to not feel good about myself by the harm

p.2

W.V. Depart Health human resources is already under federal civil rights investigation on disability Rights submitted by DRWV Dec 2, 2020

For many don't receive services needed causing capitolizations

p3

I actually work for the dhhr as respite caregiver. pride training certified. But funds as certified have been with held. They already know I'm a good caregiver. The systematic errors have enterfered in my life careers, Life enterference is only when dhhr is envolved, by systematic errors.

p4

Medical wrong care by wrong doagnois, Wrong access and persons I would never autherize. Wrong care for a Christian Woman Married.

A past/present No direct to my face care team. No direct contact to my true blood parents, with wrong access many years back - this was the cause of harming wrong care (caused after wrong contacts)

A shot during pregnancy caused medical error of care, abnormal reaction. This caused the spine to shift, and true mis-doagnois. Again no face to face care or contact to my actual parents. Instead wrong contacts access lead to unnecessary mental procedures, directed to my heart. Forcing me very wrongcare. This all was done after this was threat past which is odd events, to more Forced stress to PTSD

Theirs been missing records, a breach of care in my records. Names I wouldn't autherize and even physicians I never choose or would have, with similar names.

The wrong care of manage care after a breach lead to no direct care team working with me. This is Fact of wrong care.

Continued wrong access wrong insurance care after my real current husband power Attorney. Any prior is illegal never autherized.

P5

Many true medical information 3 birth deliveries, a xtra placenta, wreck many documents not listed. Instead the dhhr directly continued to market me to Federal Funding for what they choose. This I feel as direct retalerations for wrong care. Lower than standard care for a Christian woman Mother Wife. This wrong care was done as marriage intervention and Heritage intervention. This being to who I aim my actual blood heritage as a caring mom home caregiver to children and as a missionary, as a Christian volunteer. Instead the DHHR has poorly judged me and has purpose allowed gen/dna clinical non autherized study of systemac wrong care for purpose. This being during marriage, engagement, training. The careteam is not working with me nor ever to even know me. They have not done proper investigations in past then they did wrong care based on fraud reports never investigated. I'm a respite worker for them now

p6

All this then they did a systematic team by only a few documents they choose to market me for their chooses. Again person's not authenized, names I wouldn't allow that arranged procedures. This has then caused me to be hurt harrassed everywhere now. By causing me to look diseased, then to get wrong federal marketing in a wraph study I didn't want. I was born woman normal, wrong access lead to making me look abnormal then wrong care.

I said No prosthesios, then I was sold for multiple kick backs, illiegal body countouring against my Christian Rights., as a civil human Mother woman, marriage rights also. No means No.

I remeber being denied glasses, sedated seeing blank papers. Harrassed because wrong access contacts lead to a person even allowed in hospital room to beat my chest. Husband witthess fist nuckles bruises.

p. 7

The DHHR has wrongly marketed me to Federal High marketing revenue return clinicals with their own purpose choose to alter my body. Questions I was asked, they choose opposite. The purposely was doing marriage sexual discrimination harm to my body, They made me look fast mental during my Happy pre-wedding ceremony. Discrimition sexual direct hate crime. They took a open chest procedure as a fast way to harm my life, body, marriage. Hiding abcess cancer they caused by marketing me.

My true disabilities of wrong marketing over 17 yrs. is the DHHR wrong care and very harming behind the back harming care This speaks for itself.

All of this has lead to exstream tormit torture Injuries falling, vision loss, body deforming Head to toe illegal body contouring, forced mental stress after all this was threat is more trauma. I been raped of my life and rights.

P. 8

Exstream pain, suffering, Brain injury, spine worsen pain trauma torture. Nose injury pain, throat, pelvis, even feet carticate altering my walk causing me to fall. Forcing me degrading procedures out of direct hate crime. (I was told more money if I die 3x more.) I was directly marketed to not recover. Attempted murder, wrongcare.

When trying to get proper care I want as a Christian woman wife, I then aim punished hurt more. The mix care and falls has made my care minipulated to harm me. This has made me live in live fight survival mode several years unable to defend myself. While my husband and I self care trying to fix all the harm done.

The fact is DHHR has caused me forced capilization harm trying to force me more disabilities during marriage training volunteering. All the years I'm trying they are working against me behind my back.

I said No clinicals, I said No prosthesios allergy heavy metals. All the wrong care has caused my disabilities. Even a cancer Abcess, that was hiden.

P.9

I have been marketed for wrong care cause hate trauma procedures to FGM procedures. I been treated like a service person of forein war by Fraud errors of systematic errors. As a Christian woman Mother Wife I would never choose the care choosen. The dhhr already knows this, thats why they didn't talk to my face or parents. Or to my actual husband I'm with. This is purpose torture tormit proof.

I'm asking punitive damages of max 500,000 for reason of exstream pain suffering tormit torture that was plained by dhhr. They directly targeted each of my disabilities and punishing me for them. Almost killed and then in live fight survival mode, While the aviate more control to forcing concerivev mental control during my loving marriage. I have a right to be marriage to have a love life to be free from abuse.

p.10

Requesting punitive damages to max of 500,000 due to exstream tormit torture pain suffering

For
- Violence against woman
- Christian rights not respected as missionary teacher
- Christian sole rights not respected to my life here and sole after life in heaven. By Science marketing Santanic procedures against my religion faith and marriage
- Christian Mother Rights (made to look bad by systematic error)
- Christian marriage Rights (Not respected love life)
- Civil rights as a missionary heritage home mother, caregiver
- Disability rights not working with me but against me forcing altered disabilities and mental harm to exstream cruelty
- Causing Severve trauma amounts cruelty by Systematic cage concereve control to forced harmony care against my religion, marriage life.
   Discrimination   Mr. william miller
                    Mrs. Inca Miller

p.11
304-4104927    P.O. Box 7131
               Charleston WV 25356