IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MRS. INCA MILLER, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO.  2:23-cv-00330

WV DEPARTMENT HEALTH HUMAN RESOURCES,

        Defendant.

MEMORANDUM OPINION AND ORDER

      This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On April 12, 2024, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 9], and recommended that the court dismiss with prejudice this civil action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Objections to the PF&R were due by April 29, 2024. Neither party timely filed objections to the PF&R or sought an extension of time to do so.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES with prejudice** this matter from the docket for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Accordingly, Plaintiffs' pending motions, [ECF Nos. 10–15], are **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 27, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE