IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MRS. INCA MILLER, et al.,

        Plaintiffs,

v.                          CIVIL ACTION NO.   2:23-cv-00330

WV DEPARTMENT HEALTH HUMAN RESOURCES,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying order adopting Magistrate Judge Tinsley's Proposed Findings and Recommendation, [ECF No. 9], the Court **ORDERS** that judgment be entered in favor of the Defendants and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

ENTER:    June 27, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE